IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

V.                                                          Case No. 5:18-CR-0578

JOSE YEPEZ-VEGA,

DEFENDANT

**DEFENDANT JOSE YEPEZ-VEGA'S NOTICE OF INSANITY DEFENSE**

TO THE HONORABLE DIANA SALDANA:

The Defendant in the above styled and numbered cause, Jose Yepez-Vega, under Rule 12.2 of the Federal Rules of Criminal Procedure, respectfully files this written Notice of Insanity Defense.

The Defendant will raise the defense of insanity.

Respectfully Submitted,

_____
Fernando Sanchez
Texas State Bar Number: 17569880
401 E. Hillside
Laredo, Texas 78041
Telephone: (956) 722-0707
Fax: (956) 725-4594

Attorney for the Defendant,
Jose Yepez-Vega

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Jose Yepez-Vega's Notice of Insanity Defense was forwarded via ECF to Alfredo De La Rosa, Assistant United States Attorney on the 30th day of August, 2018.

_____
Fernando Sanchez