UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL NO. 5:18-CR-578-01 |
| JOSE YEPEZ VEGA | § § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is hereby **REFERRED** to Magistrate Judge Sam Sheldon for the following purpose(s):

( ___ ) Plenary **pre-trial** handling.

( ___ ) **Ruling** on non-dispositive motion(s).

( X ) **Findings of Fact and Recommendations of Law** on dispositive motion(s).

Dkt. 56 (SEALED EVENT)

IT IS SO ORDERED.

SIGNED this 9th day of April, 2019.

Diana Saldaña
United States District Judge